IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:18-cv-289-H

| | |
|---|---|
| SHANIQUA BURRELL, )<br>     Plaintiff, )<br>)<br>vs. )<br>)<br>DUKE ENERGY PROGRESS, LLC, )<br>and ONLINE INFORMATION )<br>SERVICES, INC. )<br>     Defendants. )<br>_____ ) | NOTICE OF DISMISSAL<br>WITH PREJUDICE<br>AS TO DEFENDANT<br>DUKE ENERGY<br>PROGRESS, LLC |

NOW COMES Plaintiff Shaniqua Burrell in the above-referenced action, and hereby files this Notice of Dismissal With Prejudice of Defendant Duke Energy Progress, LLC and of this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this day, August 9, 2018,

            By: **/s/ Suzanne Begnoche**
               SUZANNE BEGNOCHE
               Suzanne Begnoche, Attorney at Law
               Attorney for Plaintiff
               NCSB # 35158
               P.O. Box 2035
               Chapel Hill, NC  27515
               Telephone: (919) 960-6108
               Facsimile: (919) 500-5289
               Suzanne.begnoche@begnochelaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the forgoing **Notice** with the Clerk of the Court using the CM/ECF system, which will send a copy to the Defendant's attorneys:

| | |
|---|---|
| R. Jason Herndon | Caren D. Enloe |
| Parker Poe Adams & Bernstein LLP | Smith Debnam Narron Drake Saintsing & Myers, LLP |
| P.O. Box 389 | P.O. Box 26268 |
| Raleigh, NC  27602-0389 | Raleigh, NC  27611 |
| jasonherndon@parkerpoe.com | cenloe@smithdebnamlaw.com |

Respectfully submitted this day, August 9, 2018,

By: **/s/ Suzanne Begnoche**
SUZANNE BEGNOCHE
Suzanne Begnoche, Attorney at Law
Attorney for Plaintiff
NCSB # 35158
P.O. Box 2035
Chapel Hill, NC  27515
Telephone: (919) 960-6108
Facsimile: (919) 500-5289
Suzanne.begnoche@begnochelaw.com